IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

                Plaintiff,                      CV F 06 0277 AWI WMW   P

   vs.                                FINDINGS AND RECOMMENDATION
                                        RE MOTION (DOC 6)

TEHACHAPI SHU,

                Defendant.

         Plaintiff is a state prisoner proceeding pro se.  Pending before the court is Plaintiff's motion for an order to show cause and temporary restraining order.

         The complaint in this action fails to identify or name any individual defendants. The court must have personal jurisdiction over the parties to be enjoined; it may not enjoin defendants not yet served or before the court.  Zepeda v. United States I.N.S., 753 F.2d 719, 727 (9th Cir. 1983).

         Accordingly, IT IS HEREBY RECOMMENDED that Plaintiff's motion for an order to show cause and temporary restraining order be denied.

         These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B).  Within twenty days after being served with these findings and recommendations, Plaintiff may file written objections with the court and serve a copy on all parties.  Such a document should be

1

1   captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file

2   objections within the specified time may waive the right to appeal the District Court's order.

3   Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

4

5

6   IT IS SO ORDERED.

7   **Dated:    January 30, 2007**              **/s/  William M. Wunderlich**
    mmkd34                                      UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26