IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

      Plaintiff,                                   CV F 06 0277 AWI WMW   P

  vs.                                          ORDER RE MOTION (DOC 15 )

CCI  TEHACHAPI SHU,

      Defendant.

      Plaintiff has requested an extension of time in which to file objections to the January 30, 2007, findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time to March 12, 2007, in which to file objections.

IT IS SO ORDERED.

**Dated:   February 12, 2007**                /s/  William M. Wunderlich
j14hj0                                     UNITED STATES MAGISTRATE JUDGE