IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

        Plaintiff,                                     CV F 06 0277 AWI WMW   P

    vs.                                           ORDER RE MOTION (DOC 15 )

TEHACHAPI SHU,

        Defendant.

        Plaintiff has filed a motion for extension of time to file objections to the findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time to March 23, 2007, to file objections to the findings and recommendations.

IT IS SO ORDERED.

**Dated:**    February 23, 2007                     /s/  William M. Wunderlich
j14hj0                                                  UNITED STATES MAGISTRATE JUDGE